**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

|  |  |  |
|---|---|---|
| STUSSY, INC., | ) | No. 21-cv-00440 |
|  | ) |  |
| Plaintiff, | ) |  |
| v. | ) | Judge John F. Kness |
|  | ) |  |
| DOE 1 BLUEBERRY12 *et al*., | ) |  |
|  | ) |  |
| Defendants. | ) |  |

**FINAL JUDGMENT ORDER**

IT IS HEREBY ORDERED that judgment is entered in favor of Plaintiff Stussy, Inc. and against all Defendants who have not otherwise been dismissed from this action and as identified on Exhibit 1 to this Order (collectively, the "Defaulting Defendants").

IT IS FURTHER ORDERED that:

1.      Defaulting Defendants, their affiliates, officers, agents, servants, employees, attorneys, confederates, and all persons acting for, with, by, through, under or in active concert with them be permanently enjoined and restrained from:

a.      using Plaintiff's trademark (identified in the United States Trademark Registration Nos. listed in Exhibit 1 to Plaintiff's Complaint) (the "STUSSY trademark") or any reproductions, counterfeit copies or colorable imitations thereof in any manner in connection with the distribution, marketing, advertising, offering for sale, or sale of any product that is not a genuine STUSSY product or not authorized by Plaintiff to be sold in connection with the STUSSY Trademark;

b.      passing off, inducing, or enabling others to sell or pass off any product as a genuine STUSSY product or any other product produced by Plaintiff, that is not Plaintiff's or not

produced under the authorization, control or supervision of Plaintiff and approved by Plaintiff for sale under the STUSSY Trademark;

      c.     committing any acts calculated to cause consumers to believe that Defendants' Counterfeit Products are those sold under the authorization, control or supervision of Plaintiff, or are sponsored by, approved by, or otherwise connected with STUSSY;

      d.     further infringing the STUSSY trademark and damaging Plaintiff's goodwill;

      e.     otherwise competing unfairly with Plaintiff in any manner;

      f.     manufacturing, shipping, delivering, holding for sale, transferring or otherwise moving, storing, distributing, returning, or otherwise disposing of, in any manner, products or inventory not manufactured by or for Plaintiff, nor authorized by Plaintiff to be sold or offered for sale, and which bear any of the STUSSY trademark, or any reproductions, counterfeit copies or colorable imitations thereof;

      g.     using, linking to, transferring, selling, exercising control over, or otherwise owning or operating the infringing webstores, websites, or any other domain name that is being used to sell or is the means by which Defendants could continue to sell Counterfeit Products;

      h.     operating and/or hosting infringing webstores, websites and any other domain names registered or operated by Defendants that are involved with the distribution, marketing, advertising, offering for sale, or sale of any product bearing the STUSSY trademark or any reproductions, counterfeit copies or colorable imitations thereof that is not a genuine STUSSY product or not authorized by Plaintiff to be sold in connection with the STUSSY trademark;

      i.     registering any additional stores, websites, or domain names that use or incorporate any of the STUSSY trademark; and

j.      using images covered by the Plaintiff's Copyrights or any of Plaintiff's original photographs that Plaintiff uses to advertise the sale of original STUSSY products.

2.      Those in privity with Defaulting Defendants and with actual notice of this Order, including ecommerce platform providers, such as Alibaba, Ali-Express, Amazon, eBay, PayPal, Wish, etc., shall within three (3) business days of receipt of this Order:

a.      disable and cease providing services for any accounts through which Defaulting Defendants, in the past, currently or in the future, engage in the sale of goods using the STUSSY Trademarks, including, but not limited to, any accounts associated with the Defaulting Defendants as listed in Exhibit 2 to Plaintiff's Complaint and not previously dismissed from this action; and

b.      disable any account linked to Defaulting Defendants, linked to any e-mail addresses used by Defaulting Defendants, or linked to any of the Infringing webstores/websites.

3.      Under 15 U.S.C. § 1117(c)(1), Plaintiff is awarded statutory damages from each of the Defaulting Defendants in the amount of one hundred thousand dollars (U.S.) ($100,000) for using counterfeit STUSSY Trademarks on products sold through at least the Infringing webstores/websites. As to each Defaulting Defendant, until such Defaulting Defendant has paid in full the award of statutory damages against it:

a.      Alibaba, Ali-Express, Amazon, eBay, Wish (collectively the "Platforms") and PayPal, Payoneer, WorldFirst, Bill.com, Pingpong, Payeco, Umpay/Union Mobile Pay, Moneygram and Western Union (collectively the "Payment Processors") shall, within three (3) business days of receipt of this Order, permanently restrain and enjoin any accounts connected to Defaulting Defendants, Defaulting Defendants' Infringing webstores/websites identified in Exhibit 2, except those dismissed, from transferring or disposing of any money or other of

Defaulting Defendants' assets.

b.    All monies currently restrained in Defaulting Defendants' financial accounts, including monies held by the Platforms or the Payment Processors are hereby released to Plaintiff as partial payment of the above-identified damages, and are ordered to release to Plaintiff the amounts from Defaulting Defendants' Platform or Payment Processor accounts within ten (10) business days of receipt of this Order.

4.    Plaintiff shall have the ongoing authority to serve this Order on the Platforms or the Payment Processors if any new accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Platforms or the Payment Processors shall, within three (3) business days:

i.    Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Infringing webstores/websites, including, but not limited to, any accounts connected to the information listed in Exhibit 2 of the Complaint, the e-mail addresses identified in Exhibit 1 to the Declaration of Kevin Keener and any e-mail addresses provided for Defaulting Defendants by third parties;

ii.    Restrain and enjoin such accounts or funds from transferring or disposing of any money or other of Defaulting Defendants' assets; and

iii.    Release all monies restrained in Defaulting Defendants' accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

5.    Until Plaintiff has recovered full payment of monies owed to it by any Defaulting Defendant, Plaintiff shall have the ongoing authority to serve this Order on any banks, savings and loan associations, payment processors, or other financial institutions (collectively, the "Financial

Service Providers") in the event that any new financial accounts controlled or operated by Defaulting Defendants are identified. Upon receipt of this Order, the Financial Service Providers shall, within three (3) business days:

        a.     Locate all accounts and funds connected to Defaulting Defendants, Defaulting Defendants' Infringing webstores/websites, including, but not limited to, any accounts connected to the information listed in Exhibit 2 of the Complaint, the e-mail addresses identified in Exhibit 1 to the Declaration of Kevin Keener, and any e-mail addresses provided for Defaulting Defendants by third parties;

        b.     Restrain and enjoin such accounts or funds from receiving, transferring or disposing of any money or other of Defaulting Defendants' assets; and

        c.     Release all monies restrained in Defaulting Defendants' financial accounts to Plaintiff as partial payment of the above-identified damages within ten (10) business days of receipt of this Order.

        6.     If Plaintiff identifies any additional webstores, websites, domain names or financial accounts owned by Defaulting Defendants, Plaintiff may send notice of any supplemental proceeding to Defaulting Defendants by e-mail at the email addresses identified in Exhibits 1 to the Declaration of Kevin Keener and any e-mail addresses provided for Defaulting Defendants by third parties.

        7.     The Clerk shall return Plaintiff's $10,000 bond, including any interest minus the registry fee, posted as a condition of the injunctive relief issued in this matter (Docket # 16).

        **This is a Final Judgment in No. 21-cv-00440.**

DATED: July 13, 2021

                                  _____

                              JOHN F. KNESS
                              United States District Judge

**Schedule A Defaulting Defendants**

| Doe | Platform | Seller Name | Seller ID | Email |
|-----|----------|-------------|-----------|-------|
| 6 | DH Gate | tshirt2019 | 21235053 | 1169172786@qq.com |
| 7 | DH Gate | Stussyboy | 21271151 | evisu01@sina.com |
| 9 | DH Gate | chinadnh | 21243908 | 1390973035@qq.com |
| 10 | DH Gate | fogbank | 14318046 | fogbank2011@163.com |
| 12 | DH Gate | racer10086 | 20471676 | 1787098633@qq.com |
| 15 | DH Gate | Hero001 | x | 1298595928@qq.com |
| 18 | DH Gate | Daniel_zhou | x | 915876087@qq.com |
| 19 | DH Gate | letin18 | 21006439 | 3185567486@qq.com |
| 20 | DH Gate | Kun15342298269 | 20922534 | 15342298269kun@sina.com |
| 24 | DH Gate | luxuryf1 | x | mhxy820134050@yeah.net |
| 25 | DH Gate | sammy_store | 21062268 | 303984302@qq.com |
| 26 | DH Gate | yejisong1314 | 20469782 | bestleafsong@163.com |
| 27 | DH Gate | John066 | 21156935 | yanliancheng001@126.com |
| 28 | DH Gate | newcaps | 21110721 | 347657484@qq.com |
| 29 | DH Gate | Enci68801 | x | niuniu030701022@126.com |
| 32 | DH Gate | Kaikai2011 | 20959985 | 313846305@qq.com |
| 34 | DH Gate | Yofeng | 20529921 | xhs-713@163.com |
| 35 | DH Gate | luoshuqi55 | 21160801 | 2035178088@qq.com |
| 36 | DH Gate | W475633650 | 21116109 | 1416243816@qq.com |
| 37 | DH Gate | superstar333 | 21024159 | 2793887223@qq.com |
| 38 | DH Gate | Lodaat268 | 20683611 | lodaat268@163.com |
| 39 | DH Gate | Dailystyle | 20466868 | 386979814@qq.com |
| 40 | Ebay | 4.phone | x | 4phone.es@gmail.com |
| 44 | DH Gate | Qishe555 | 21430815 | a17095870414@163.com |
| 45 | DH Gate | Long1976 | 19757556 | meimeiwu11@163.com |
| 46 | DH Gate | Yuzhaolin | 20968287 | jianfayangzuo@outlook.com |
| 47 | DH Gate | kevin_echo01 | 20968901 | 1876361355@qq.com |
| 48 | DH Gate | Mizon568 | 20912559 | 3264201900@qq.com |
| 50 | DH Gate | sunglasses_001 | 20324949 | 878035479@qq.com |
| 51 | DH Gate | Zhaozi001 | 21410886 | 616508338asd@sina.com |

| Doe | Platform | Seller Name | Seller ID | Email |
|---|---|---|---|---|
| 52 | DH Gate | Collegejersey | x | 850453205@qq.com |
| 53 | DH Gate | yuayingli | z | 18736550071@163.com |
| 54 | DH Gate | Jesseng0911 | 20774175 | jesseng0911@163.com |
| 55 | DH Gate | A710139 | 20978163 | slan1988one@163.com |
| 57 | DH Gate | perfectgeorge | x | chenurpo@163.com |
| 58 | DH Gate | Bailey5811 | 20828151 | bailey5811@163.com |
| 59 | DH Gate | wcl10086 | 20909482 | 1690640079@qq.com |
| 60 | DH Gate | Faddudswps | 21243169 | 137203136@qq.com |
| 61 | DH Gate | Chenxin10088 | 20993361 | 2065556235@qq.com |
| 62 | DH Gate | adam_baron_shop | 21172493 | m2174835751@qq.com |
| 64 | DH Gate | Wangjuntao2008 | 21066900 | 990373977@qq.com |
| 65 | DH Gate | fireworm | 20148689 | 1441087521@qq.com |
| 68 | DH Gate | Gloria5811 | 20923948 | gloria5811@163.com |
| 69 | DH Gate | Kangle6688 | 21226788 | 3433214182@qq.com |
| 70 | DH Gate | wsj666 | 21177092 | 2779890014@qq.com |
| 71 | DH Gate | xinyiyang | 20413621 | 1092303387@qq.com |
| 72 | DH Gate | dodoc | 20968955 | vogocm@163.com |
| 73 | DH Gate | xingyu666 | 21025838 | chenfang110801022@163.com |
| 74 | DH Gate | Aofaok | x | aofaok1916@sohu.com |
| 75 | DH Gate | Keetwu | 20193595 | ming185577@163.com |
| 76 | DH Gate | cosplaying | x | xuxiujian@yahoo.com |
| 77 | DH Gate | zhanghui67 | 20506930 | 505751539@qq.com |
| 78 | DH Gate | wsj521 | 21177211 | 2779890014@qq.com |
| 79 | DH Gate | kaiyi520 | 21127540 | 1053831259@qq.com |
| 80 | DH Gate | queena5168 | 21066992 | queena5168@163.com |
| 81 | DH Gate | qy001 | x | 31633230@qq.com |
| 82 | DH Gate | hhl83054085 | 19981345 | 1742268790@qq.com |
| 83 | DH Gate | wushengdesisheng | 20643363 | 1370316100@qq.com |
| 84 | DH Gate | baobei666666 | 21105782 | 1689167566@qq.com |
| 86 | DH Gate | oudeni123 | x | 161398016@qq.com |
| 87 | DH Gate | hl006 | 21434744 | 1098733117@qq.com |
| 88 | DH Gate | hzg09 | 21367084 | 18692603428@163.com |
| 89 | DH Gate | yaolipeng2 | 20992131 | 770240873@qq.com |

| Doe | Platform | Seller Name | Seller ID | Email |
|---|---|---|---|---|
| 90 | DH Gate | wanghongmei19 | 21021694 | 3239029681@qq.com |
| **Doe** | **Platform** | **Seller Name** | **Seller ID** | **Email** |
| 91 | DH Gate | pc0002 | 21043936 | 770240873@qq.com |
| 93 | DH Gate | newyork1 | 21254525 | 13781778666@139.com |
| 94 | DH Gate | zhongzhi123 | 21328650 | 982818857@qq.com |
| 95 | DH Gate | chenfang888 | 20945915 | 837391078@qq.com |
| 96 | DH Gate | Qinzhang004 | 21430847 | a17095871394@163.com |
| 97 | DH Gate | yx00yx | 21191033 | 2021396515@qq.com |
| 98 | DH Gate | westbrook00 | 21054582 | 871408112@qq.com |
| 99 | DH Gate | yunying521 | 21303846 | 1025211415@qq.com |
| 100 | DH Gate | lian522 | 21039613 | 695490108@qq.com |
| 102 | DH Gate | givenchy9 | 20987523 | 495917192@qq.com |
| 103 | DH Gate | yangnian | 21032698 | hdqstore@foxmail.com |
| 105 | DH Gate | Yejianfeng4 | 20231937 | qq303472789qq@163.com |
| 106 | DH Gate | dh83054085 | 21169293 | 1339410667@qq.com |
| 106 | DH Gate | dh83054085 | 21169293 | 1339410667@qq.com |
| 107 | DH Gate | zjy001 | 21177097 | 2779890014@qq.com |
| 108 | DH Gate | dhgate_items | 20723864 | 1742598282@qq.com |
| 109 | DH Gate | zhongzhi888 | x | 982818857@qq.com |
| 110 | DH Gate | dh_fashionstore03 | 21199958 | compkethemet@outlook.com |
| 111 | DH Gate | cupidtrends | x | 915329307@qq.com |
| 112 | DH Gate | Xy0002 | 21397891 | w18273283775@163.com |
| 113 | DH Gate | tkgppp8 | 21083782 | lplpyuyu9@163.com |
| 114 | DH Gate | Dadudo | 21216192 | dadudodh@pralive.com |
| 115 | DH Gate | luckymoment | x | 2180576838@qq.com |
| 116 | DH Gate | Malina12 | 21089375 | 2453839035@qq.com |
| 117 | DH Gate | gatefire | x | 2355912019@qq.com |
| 118 | DH Gate | zphangshuce | x | 2431513683@qq.com |
| 119 | DH Gate | wechat199 | 21267790 | we19913610796@163.com |
| 121 | DH Gate | kdikeis | 21208156 | 241976202@qq.com |
| 122 | DH Gate | Hebei95 | 21188697 | cavenderking@outlook.com |
| 123 | DH Gate | Qishe777 | 21430823 | a17095870414@163.com |
| 124 | DH Gate | Liushang005 | 21151845 | 1510143244@qq.com |
| 125 | DH Gate | lingguo168 | 21336251 | 2547964737@qq.com |

| 126 | DH Gate | Hephaestus | 21076658 | 3366103431@qq.com |
| 127 | DH Gate | Topcloth12 | 21097051 | 2453839035@qq.com |
| **Doe** | **Platform** | **Seller Name** | **Seller ID** | **Email** |
| 128 | DH Gate | Yunjing111 | 21312830 | 1025211415@qq.com |
| 129 | DH Gate | Yunjing521 | 21312772 | 161398016@qq.com |
| 130 | DH Gate | Maziao5688 | 21053794 | kdrw3500@qq.com |
| 132 | DH Gate | shanshan521 | 21362359 | 1756304253@qq.com |
| 133 | DH Gate | Stussylogo | 21059556 | LIUXIAODONG201803@163.COM |
| 134 | DH Gate | linnsingle | 21169877 | 1051277897@qq.com |
| 135 | DH Gate | Tophotmall | 20751465 | tophotmall@163.com |
| 136 | DH Gate | chinameng11 | 21185783 | lw2380286jikua@163.com |
| 137 | DH Gate | Keke111 | 21442344 | 3091440586@qq.com |
| 138 | DH Gate | zhepen006 | 20989970 | zhepen006@163.com |
| 139 | DH Gate | Alexwang16168 | 21162098 | li1126751393@qq.com |
| 140 | DH Gate | zhangxiang68 | 21150623 | 2660368241@qq.com |
| 141 | DH Gate | xy0001 | 21397890 | w18273283775@163.com |
| 142 | DH Gate | Jiachi555 | x | 616508338@qq.com |
| 143 | DH Gate | Fashion666clothes | 21016526 | fashion666clothes@163.com |
| 144 | DH Gate | Qisui006 | 21359920 | 2963294126@qq.com |
| 145 | DH Gate | Tenddss | 21050383 | tenddss@sina.com |
| 146 | DH Gate | Aragakiyui | x | 3366103431@qq.com |
| 147 | DH Gate | yx55yx | 21190841 | 2021396515@qq.com |
| 148 | DH Gate | Gushen001 | 21417121 | zhuyawei2003@sina.com |
| 149 | DH Gate | qisui004 | 21359916 | 2963294126@qq.com |
| 150 | DH Gate | tanxi002 | 21360844 | 993876908@qq.com |
| 151 | DH Gate | peet | 14807951 | 296619072@qq.com |
| 152 | DH Gate | pretty_clothing | x | 1074787644@qq.com |
| 153 | DH Gate | Zhaozi006 | 21430943 | a17095870413@163.com |
| 154 | DH Gate | Aliboer001 | 21043384 | 872856755@qq.com |
| 155 | DH Gate | Aliboer008 | 21054600 | 872856755@qq.com |
| 157 | DH Gate | meizhuang6 | 21032891 | 919872380@qq.com |
| 158 | DH Gate | Champion001 | 20829201 | 3339615051@qq.com |
| 159 | DH Gate | Plam01 | 21486999 | 1726856170@qq.com |
| 160 | DH Gate | Hello001 | 21363370 | 1298595928@qq.com |

| 161 | DH Gate | brandshoppe | 21031996 | yyasd137951@163.com |
| 162 | DH Gate | Aliboer020 | 21259499 | 619813776@qq.com |
| 163 | DH Gate | Aini003 | x | 3600625410@qq.com |
| **Doe** | **Platform** | **Seller Name** | **Seller ID** | **Email** |
| 164 | DH Gate | boy_top2029 | 21059244 | 18711189472@qq.com |
| 165 | DH Gate | Casual_wear | x | 314843137@qq.com |
| 166 | DH Gate | Keke666 | 21428921 | 528109555@qq.com |
| 167 | DH Gate | zhonghuameng136 | 21223600 | y34551692luna@163.com |
| 168 | DH Gate | Liushang002 | 21083596 | 2512235499@qq.com |
| 169 | DH Gate | Shenyou555 | 21377314 | 616508338@qq.com |
| 170 | DH Gate | dililili00 | 20724882 | 1148502083@qq.com |
| 171 | DH Gate | Penghui666 | x | 584831309@qq.com |
| 172 | DH Gate | Qvnan555 | 21360307 | 442846255@qq.com |
| 173 | DH Gate | Gushen007 | 21430837 | a17095869482@163.com |
| 174 | DH Gate | godbless005 | 21139985 | g18039099308@163.com |
| 175 | DH Gate | Chenyongfa | 21079708 | 15237780721@163.com |
| 176 | DH Gate | Shangdong777 | 21321243 | 643259057@qq.com |
| 177 | DH Gate | wugoyi | 20915858 | 2036512324@qq.com |
| 178 | DH Gate | Xiange333 | 21401254 | a17095864528@163.com |
| 179 | DH Gate | binghuang555 | 21403222 | 781605082@qq.com |
| 180 | DH Gate | Clothesworld_86 | 21355876 | 3487059482@qq.com |
| 181 | DH Gate | Tendds1 | 21063904 | m13723035517@163.com |
| 182 | DH Gate | Wyj777 | 21291993 | 1305896868@qq.com |
| 183 | DH Gate | eyecontroller | 21069253 | 862775265@qq.com |
| 184 | DH Gate | dl5555 | 21032236 | 2675856514@qq.com |
| 185 | DH Gate | jiapeng666 | x | 1014663593@qq.com |
| 186 | DH Gate | luxury_clothes_19 | 21293237 | mydhgatestore010@163.com |
| 187 | DH Gate | jikai05 | 21143750 | m17175880159@163.com |
| 188 | DH Gate | Shangdong888 | 21320883 | 643259057@qq.com |
| 189 | DH Gate | zhudao522 | 21312796 | 161398016@qq.com |
| 190 | DH Gate | qvnan333 | 21377574 | 1096010351@qq.com |
| 191 | DH Gate | Trendno05 | 21440769 | 260795260@qq.com |
| 192 | DH Gate | Hero002 | 21394881 | 1298595928@qq.com |
| 193 | DH Gate | Yuhuang02 | 21513206 | z18220786134@163.com |

| Doe | Platform | Seller Name | Seller ID | Email |
|---|---|---|---|---|
| 194 | DH Gate | zjc003 | 21432715 | 2937261850@qq.com |
| 195 | DH Gate | lhd002 | 21432351 | 18339624647@163.com |
| 196 | DH Gate | Chenyongqi | 21067549 | 17737019304@163.com |
| 197 | DH Gate | Jiali68 | x | 3152545613@qq.com |
| **Doe** | **Platform** | **Seller Name** | **Seller ID** | **Email** |
| 198 | DH Gate | Trendno04 | 21441004 | 260795260@qq.com |
| 199 | DH Gate | Chenyongjuan | 21074250 | 15639784130@163.com |
| 200 | DH Gate | Weixinbo | 21079678 | 15893531286@163.com |
| 201 | DH Gate | Stt1999 | 21025003 | 18737761617@163.com |
| 202 | DH Gate | qisui005 | 21359514 | 2963294126@qq.com |
| 203 | DH Gate | Dollars20 | 21381440 | gefeiwangluo01@163.com |
| 204 | DH Gate | Qishe333 | 21430597 | a17095870414@163.com |
| 205 | DH Gate | lll002 | 21433163 | 21223353@qq.com |
| 206 | DH Gate | zhifanshangmao11 | 21388138 | 501939679@qq.com |
| 207 | DH Gate | Mingrentang | 21347226 | li18790904711@163.com |
| 208 | DH Gate | Chenyunwu | 21070964 | 17633638826@qq.com |
| 209 | DH Gate | Yeezyboost700v2 | x | gaogaoxing2019@163.com |
| 210 | DH Gate | zsc8 | 21148005 | 356986747@qq.com |
| 211 | DH Gate | Mooseknuckles2 | 21223442 | filaswomen@163.com |
| 212 | DH Gate | Aineong05 | 21071100 | 3600625410@qq.com |
| 213 | DH Gate | Houjianhua | x | 15838479203@163.com |
| 214 | DH Gate | Hanbaostore | 20612543 | 3487409032@qq.com |
| 215 | DH Gate | xirenyu | x | 824561291@qq.com |
| 216 | DH Gate | nanming001 | 21410788 | 616508338asd@sina.com |
| 217 | DH Gate | Gushen005 | x | a17095869482@163.com |
| 218 | DH Gate | playstores | x | 529967693@qq.com |
| 219 | DH Gate | Shangdong111 | 21321250 | 643259057@qq.com |
| 220 | DH Gate | bailipublp | 20787723 | 285731897@qq.com |
| 221 | DH Gate | qinzhang006 | 21430628 | a17095871394@163.com |
| 222 | DH Gate | shenyou444 | x | 616508338@qq.com |
| 223 | DH Gate | yihuai666 | 21382047 | 1014663593@qq.com |
| 224 | DH Gate | Zhaozi004 | 21430853 | a17095870413@163.com |
| 225 | Ebay | 4.phone | 4.phone | 4phone.es@gmail.com |
| 226 | Ebay | alfiefend0 | alfiefend0 | candraumam08@gmail.com,bosokbos18@gmail.com |

| Doe | Platform | Seller Name | Seller ID | Email |
|---|---|---|---|---|
| 227 | Ebay | amaumar0 | amaumar0 | amarumaru6@gmail.com |
| 228 | Ebay | and.rachm | and.rachm | javateeshop2@gmail.com |
| 229 | Ebay | anpraman0 | anpraman0 | ano007pramana@gmail.com |
| 230 | Ebay | arfaafand-5 | arfaafand-5 | afandiarfan75@gmail.com |
| **Doe** | **Platform** | **Seller Name** | **Seller ID** | **Email** |
| 231 | Ebay | arsita_id | arsita_id | arsitahardini@gmail.com |
| 233 | Ebay | avisazunaid_0 | avisazunaid_0 | avisal.zunaidi@gmail.com |
| 234 | Ebay | bambansuyatn-0 | bambansuyatn-0 | as004408@gmail.com |
| 236 | Ebay | barhendrawa_0 | barhendrawa_0 | barahendrawan@yahoo.com |
| 237 | Ebay | becoamous | becoamous | jianyun0028@outlook.com |
| 240 | Ebay | Danangteestore | Danangteestore | kyouso65@gmail.com |
| 241 | Ebay | dida2174 | dida2174 | dikadaok2019@gmail.com |
| 242 | Ebay | difpratam3 | difpratam3 | difap0246@gmail.com |
| 243 | Ebay | eyd882 | eyd882 | wupingping1110@sina.com |
| 244 | Ebay | fathaama0 | fathaama0 | fatharamad@gmail.com |
| 245 | Ebay | frue_lc | frue_lc | htxft7@163.com |
| 247 | Ebay | goodedwinawcxl | goodedwinawcxl | edwinawcxl@yahoo.com |
| 248 | Ebay | grelaw-39 | grelaw-39 | lawanggrendel@yahoo.com |
| 249 | Ebay | hajame_83 | hajame_83 | jamersonhank@gmail.com |
| 250 | Ebay | hannasutio_0 | hannasutio_0 | hansnasution9@gmail.com |
| 251 | Ebay | houshuqin2 | houshuqin2 | askhave2@sohu.com, dengpeng0131@outlook.com |
| 252 | Ebay | husal3924 | husal3924 | husain.alwi@yahoo.com, andikhermanto220@gmail.com |
| 253 | Ebay | ilf9552494136-8 | ilf9552494136-8 | ilf9552494136@126.com |
| 254 | Ebay | imelda_id | imelda_id | imeldayunarti@gmail.com |
| 255 | Ebay | ipigalr0 | ipigalr0 | ipungrasinem@gmail.com |
| 256 | Ebay | ipijena-0 | ipijena-0 | ipinjenal@yahoo.com |
| 257 | Ebay | jasan_7900 | jasan_7900 | jakasanjaya2019@gmail.com |
| 259 | Ebay | jlmingda | jlmingda | liujinglong987@hotmail.com |
| 260 | Ebay | khikmatukhanifa0 | khikmatukhanifa0 | susannejanenemckane@gmail.com |
| 262 | Ebay | lover-bridal | lover-bridal | jiemojs@hotmail.com |
| 263 | Ebay | m15926-45 | m15926-45 | m15926788332@163.com |
| 264 | Ebay | m170715 | m170715 | m17071377829@163.com |
| 265 | Ebay | m18445-88 | m18445-88 | m18445844121@163.com |

| 266 | Ebay | michfont4 | michfont4 | michellefontaine68@outlook.com |
| 267 | Ebay | micoo7580 | micoo7580 | missycoop12@gmail.com |
| 269 | Ebay | moderne_authentics | moderne_authentics | eliaseave@gmail.com |
| 270 | Ebay | nice201788 | nice201788 | rongshuang666@hotmail.com |
| 271 | Ebay | nanjinglu789 | nanjinglu789 | yuanzhongyuankou@sina.com |
| **Doe** | **Platform** | **Seller Name** | **Seller ID** | **Email** |
| 272 | Ebay | ongyihzdong | ongyihzdong | rainisgoodboy@sina.com |
| 273 | Ebay | panutan | 292 panutan | panutanhalimah@yahoo.com |
| 275 | Ebay | raams-67 | raams-67 | raufamsyar42@gmail.com |
| 276 | Ebay | ram-7219 | ram-7219 | ramdanieka804@yahoo.com |
| 277 | Ebay | ramadh-59 | ramadh-59 | ramadhanhan8@gmail.com |
| 278 | Ebay | sariz_0 | sariz_0 | sancarizuki@gmail.com |
| 280 | Ebay | sweetheartyear | sweetheartyear | lvjingzb@outlook.com |
| 282 | Ebay | tianji_3521 | tianji_3521 | fuwei677206284@163.com |
| 283 | Ebay | valdeals23 | valdeals23 | rayvalac23@gmail.com |
| 284 | Ebay | vankecklity | vankecklity | zhangfan1819@outlook.com |
| 285 | Ebay | workhardshop | workhardshop | shufenyang184@outlook.com |
| 286 | Ebay | wufame-19 | wufame-19 | wufameng6715@outlook.com |
| 287 | Ebay | ybaydianpu2_1 | ybaydianpu2_1 | ybaydianpu2@163.com |
| 288 | Ebay | Yuslindanujanna0 | Yuslindanujanna0 | jannahyus13@gmail.com |
| 290 | Ebay | John_paulson | John_paulson | aisika978@yahoo.com |
| 291 | Ebay | anlist0 | anlist0 | listianaandan@gmail.com |
| 292 | Ebay | helhel73 | helhel73 | hellenahellen0279@gmail.com |
| 293 | Ebay | palwat0 | palwat0 | paluwatu1@gmail.com |
| 294 | Ebay | agmugho-0 | agmugho-0 | kethubunder-04@yahoo.com |
| 295 | Ebay | husal3924 | husal3924 | husain.alwi@yahoo.com, andikhermanto220@gmail.com |
| 296 | Ebay | ibrahejode_0 | ibrahejode_0 | gilanganggga07@gmail.com |
| 297 | Ebay | nimaya-0 | nimaya-0 | bakpokotak01@gmail.com |
| 298 | Ebay | yufad65 | yufad65 | yuanafadila@hotmail.com |
| 299 | Ebay | tsb_tees | tsb_tees | tarmansobiri0380@gmail.com |
| 300 | Ebay | nakanhasan0 | nakanhasan0 | denabent7@gmail.com |
| 301 | Ebay | rewidy0 | rewidy0 | reniwidyawati003@gmail.com |
| 302 | Ebay | ziak09 | ziak09 | zidanakhil345@gmail.com |
| 303 | Ebay | fau052 | fau052 | fauzanooza@gmail.com |

| Doe | Platform | Seller Name | Seller ID | Email |
|---|---|---|---|---|
| 304 | Ebay | suyatno | suyatno | suyatno31657@gmail.com |
| 305 | Ebay | ram-7219 | ram-7219 | seninpahng33@gmail.com |
| 306 | Ebay | jaman.barbara6 | jaman.barbara6 | jaman.barbara@gmail.com |
| 307 | Ebay | gabayu_0 | gabayu_0 | galihaja123a@gmail.com |
| 308 | Ebay | dar_619 | dar_619 | denzorojak@gmail.com |
| **Doe** | **Platform** | **Seller Name** | **Seller ID** | **Email** |
| 309 | Ebay | raip-73 | raip-73 | raipucet@gmail.com |
| 310 | Ebay | mahendra_store | mahendra_store | mahendrasucipto83@gmail.com |
| 311 | Ebay | rizoko82 | rizoko82 | caesarmanunggal42@gmail.com |
| 312 | Ebay | yun_2285 | yun_2285 | yunme32@gmail.com |
| 313 | Ebay | puer_86 | puer_86 | puputerika004@gmail.com |
| 314 | Ebay | nufai_61 | nufai_61 | nurinfaidzin009@gmail.com |
| 315 | Ebay | riel-69 | riel-69 | rizaeliza009@gmail.com |
| 316 | Ebay | kurniawan0 | kurniawan0 | kurniawansetiawan12@yahoo.com |
| 317 | Ebay | tadih-44 | tadih-44 | tanudiharjo42@gmail.com |
| 318 | Ebay | nikoyon | nikoyon | nikonyondor@gmail.com |
| 319 | Ebay | sahid_58 | sahid_58 | hunto778@gmail.com |
| 320 | Ebay | ramadh-59 | ramadh-59 | ramadhanhan8@gmail.com |
| 321 | Ebay | azijoubaid-0 | azijoubaid-0 | kousennie87@gmail.com |
| 322 | Ebay | rewidy0 | rewidy0 | reniwidyawati003@gmail.com |
| 323 | Ebay | lover-bridal | lover-bridal | jiemojs@hotmail.com |
| 324 | Ebay | naiau-0 | naiau-0 | nailulautor2019@gmail.com |
| 325 | Ebay | softairoutlet | softairoutlet | shop@softairoutlet.com |
| 326 | Ebay | mo246145 | mo246145 | sumanto94828@gmail.com |
| 327 | Ebay | topstoreonelife | topstoreonelife | markpli2053@gmail.com |
| 328 | Ebay | 4.phone | 4.phone | 4phone.es@gmail.com |
| 329 | Ebay | donasa_0 | donasa_0 | donarumasari@yahoo.com |
| 330 | Ebay | kopblu0 | kopblu0 | kopyahbludru@yahoo.com |
| 331 | Ebay | bathingkids | bathingkids | mike002@netvigator.com |
| 332 | Ebay | husal3924 | husal3924 | husain.alwi@yahoo.com, andikhermanto220@gmail.com |
| 335 | Ebay | streetwearcentral714 | streetwearcentral1714 | forbidenhaze@gmail.com, 340918@sausdlearns.net, 340918@mendezschool.us, fusionzbruhh@gmail.com |
| 336 | Ebay | fashionstore2015 | fashionstore2015 | fashionstore2017@126.com, fohk88@163.com |

| 338 | Ebay | nikeshoeaddict | nikeshoeaddict | nikeshoeaddict@gmail.com |
|---|---|---|---|---|
| 339 | Ebay | rijo_486 | rijo-486 | rianjoda2019@gmail.com |
| 340 | Ebay | canmay.lysuh | canmay.lysuh | maymunira@gmail.com |
| 341 | Ebay | imelda_id | imelda_id | imeldayunarti@gmail.com |
| 342 | Ebay | alsco_35 | alsco_35 | budisudar2020@gmail.com |
| **Doe** | **Platform** | **Seller Name** | **Seller ID** | **Email** |
| 343 | Ebay | urbanknm1 | urbanknm1 | urbanknm@gmail.com |
| 344 | Ebay | zmlover-1 | zmlover-1 | zmlovewedding@hotmail.com |
| 345 | Ebay | wyangstore | wyangstore | mingmingli1111@126.com, abbcddeeg@126.com |
| 346 | Ebay | yangwang19910923 | yangwang19910923 | abbcddeeg@126.com |
| 347 | Ebay | awazafra-0 | awazafra-0 | awalzafran212@gmail.com |
| 348 | Ebay | imelda_id | imelda_id | imeldayunarti@gmail.com |
| 349 | Ebay | rudiahmad6818_6 | rudiahmad6818_6 | rudiahmad6816@gmail.com |
| 350 | Ebay | dessratnasar-0 | dessratnasar-0 | suryadmojo6@gmail.com |
| 351 | Ebay | audimarisa | audimarisa | audimarisa21@gmail.com |
| 352 | Ebay | cute_kachu | cute_kachu | maisarohcute16@gmail.com |
| 354 | Ebay | romlabojonegor-0 | romlabojonegor-0 | romlahbojonegoro@gmail.com, maymunira@gmail.com |
| 355 | Ebay | m15926-45 | m15926-45 | rongshuang666@hotmail.com, m15926788332@163.com |
| 356 | Ebay | nice201788 | nice201788 | rongshuang666@hotmail.com |
| 358 | Ebay | ilf9552494136-8 | ilf9552494136-8 | m15188210539@163.com |
| 359 | Ebay | iqi_37 | iqi_37 | shounaicang@163.com |
| 360 | Ebay | lover-bridal | lover-bridal | jiemojs@hotmail.com |
| 366 | Ebay | jasestrada | jasestrada | jasestrada@sbcglobal.net, asapangel16@yahoo.com |
| 367 | Ebay | emisaputr0 | emisaputr0 | milsaputra987@gmail.com |
| 369 | Ebay | awazafra-0 | awazafra-0 | awalzafran212@gmail.com |
| 370 | Ebay | nikpurt1 | nikpurt1 | nikpurti@gmail.com |
| 371 | Ebay | imalo_73 | imalo_73 | imanol000lopez@gmail.com |
| 372 | Ebay | imperialwear | imperialwear | carloscanju@yahoo.com |
| 373 | Ebay | rinhar69 | rinhar69 | ringgoharahap2019@gmail.com, carloscanju@yahoo.com |
| 374 | Ebay | alphangarep | alphangarep | elizamarpa@gmail.com |
| 375 | Ebay | wyangstore | wyangstore | abbcddeeg@126.com |
| 376 | Ebay | yangwang19910923 | yangwang19910923 | abbcddeeg@126.com |

| Doe | Platform | Seller Name | Seller ID | Email |
|---|---|---|---|---|
| 377 | Ebay | zhaomiao223724 | zhaomiao223724 | abbcddeeg@126.com |
| 378 | | canmay.lysuh | | maymunira@gmail.com |
| 379 | Ebay | frue_lc | frue_lc | htxft7@163.com |
| 380 | Ebay | primaryonline | primaryonline | imagicvx@hotmail.com |
| 383 | Ebay | lover-bridal | lover-bridal | jiemojs@hotmail.com |
| **Doe** | **Platform** | **Seller Name** | **Seller ID** | **Email** |
| 384 | Ebay | runtianjc | runtianjc | runtianjingchuangshangmao-lg@outlook.com |
| 386 | Ebay | frue_lc | frue_lc | htxft7@163.com |
| 387 | Ebay | lover-bridal | lover-bridal | jiemojs@hotmail.com |
| 390 | Ebay | goodstockltd | goodstockltd | connernow@yahoo.com |
| 391 | Ebay | svanest | svanest | svane689@gmail.com |
| 392 | Ebay | si1ver.star | si1ver.star | mohammadsyr-@hotmail.com |
| 393 | Ebay | urbanknm1 | urbanknm1 | urbanknm@gmail.com |
| 394 | Ebay | nikeshoeaddict | nikeshoeaddict | nikeshoeaddict@gmail.com |
| 395 | Ebay | zico_heritage | zico_heritage | zicograbe@gmail.com |
| 396 | Ebay | kathleesar0 | kathleesar0 | kathleensari90@gmail.com |
| 397 | Ebay | ht57-5 | ht57-5 | rahmaalma334@gmail.com |
| 406 | Wish | acclkma | 5e5cdb9060863e1cc0b7a2e0 | pagacclkmanualngm@gmail.com |
| 407 | Wish | Alex Villages | 5e8d864420c9b794aa17f296 | oi3vl9@163.com |
| 409 | Wish | Allen65165 | 5e81aa55594384e0820f936f | qilunshi39@163.com |
| 410 | Wish | anlu7415 | 5e7855837477a2693c6a6b93 | anlu741574196@163.com |
| 411 | Wish | AnnLomas | 5e718754e00b272d043bac2d | adoniszacharyemwwe@yahoo.com |
| 413 | Wish | Ary Dylan | 5e973816bc176e3e948cb6f4 | cyhq93@163.com |
| 414 | Wish | ashley Gall | 5e85c98e29e78674802efca9 | wibzt37syp@163.com |
| 415 | Wish | aulloutowne | 5e5cdf6435e4cbfc34d6f662 | paulloutownejvv@gmail.com |
| 416 | Wish | AXIONG | 5e5b59be77179edbb06c9aa1 | 547491968@qq.com |
| 420 | Wish | baxea388 | 5e7c4c08fcbabb08c00f98a6 | baxea3842@163.com |
| 422 | Wish | becrngyun | 5e9a8b222aad6ecce9e47ac0 | becrngyunju@163.com |
| 424 | Wish | bidelin98 | 5e785838c77ea66ced4b4646 | bidelin9891@163.com |
| 425 | Wish | blriy98shop | 5e9d477525c3d487f856b486 | blriy98@163.com |
| 427 | Wish | Braun65 | 5e71f9e0f1d210895f01d8af | homqhc0uvecni@163.com |
| 428 | Wish | Brenda Terry54 | 5e82f9b5a7063ccd4047bae0 | zanmubei20035@163.com |
| 429 | Wish | Brianna Brouillard | 5e85658f29e786304f2d3e85 | mq54jr9@163.com |
| 430 | Wish | Brookepp | 5e980b51e1a333193f20e2a2 | colbysidsidonsuooo@aol.com |

| 431 | Wish | burtcho435 | 5e9adb87f5b57c17f8119128 | gilburtchoqqma@gmail.com |
| 434 | Wish | Campbell666 | 5e7460bbaa3df40602bec9ec | wsx6543q@163.com |
| 435 | Wish | cangyrng | 5e7c73282260a92ec073485c | cangyrng222@163.com |
| 436 | Wish | Capko Aspen | 5e85aedbb6ab8d22a719bcad | mx58sa@163.com, burkemonroemzfmer@yahoo.com |
| 437 | Wish | CarolReed | 5e71b49a57b0104fa7782a0a | quintinaianeqsxe@yahoo.com |
| **Doe** | **Platform** | **Seller Name** | **Seller ID** | **Email** |
| 438 | Wish | cdjfiig5g | 5e60bf0aa31ee924cafe1863 | yunyong5999jiagu@163.com |
| 439 | Wish | Chadron Robinson | 5e856a7c02a800c1f41346fa | pan22856@163.com |
| 441 | Wish | Charlene Pinkham | 5e8ec8a2577339004ad45267 | n7t5t2@163.com |
| 442 | Wish | CHENJINJIU | 5d69028e652d2909bf96d893 | yincai88@163.com |
| 444 | Wish | chenyuan32 | 5e7c5cb82260a95cb9728a84 | chenyuan32292@163.com |
| 445 | Wish | cvxvxvcbnnvnv | 5e670ce648b5873dc44bee71 | tayuebao31rwl@163.com |
| 447 | Wish | daichen4 | 5e786eef53f8c680731baff2 | daichen4838649@163.com |
| 448 | Wish | David Bonebreak | 5e97dd153db663400374e460 | alexanderbeatricepfodna@yahoo.com |
| 449 | Wish | David Douglas Krick | 5e85efe878b93042a4e3e1d3 | ydbhthz6313@163.com |
| 450 | Wish | Deadessis531 | 5e48f7df54040a9540aaaa13 | lcqsty081404@163.com |
| 451 | Wish | denghugr | 5e48f7df54040a9540aaaa13 | liang368149kui@163.com |
| 454 | Wish | dfsdiisplefrou | 5e86c4d1b67d44ec84b1fa38 | juyachen5@163.com |
| 455 | Wish | Dickky6 | 5e44f66429e7861b67d3ff12 | pfefferwaacedricbyr@gmail.com |
| 456 | Wish | diecaifengjun | 5e49f86efba619f137a95d27 | beif6639@163.com |
| 456 | Wish | diecaifengjun | 5e49f86efba619f137a95d27 | beif6639@163.com |
| 458 | Wish | dkxnbffjckmdns | 5e60e8dc4755cc466a25a87d | hongye7363718@163.com |
| 459 | Wish | Donna Snyder | 5e9055a4d9de5195f248e431 | a8pi0a@163.com |
| 460 | Wish | douglas hemphill | 5e919059bdebf48187041f16 | judithmarthajfzxd@yahoo.com |
| 464 | Wish | duxiaopangjun | 5e609b23cdcece03028202b3 | pddvl3@163.com |
| 467 | Wish | Erika Fluty | 5e86d987fde56e005164fcb7 | avqw22v@163.com |
| 468 | Wish | Evelynazdvnb | 5e7efed129e7867240ab67bc | leshu05517@163.com |
| 469 | Wish | f fiwom fmwowfmw | 5eaa63a930191be24ae2c63e | run41173@163.com |
| 470 | Wish | FADO SAM CARGO | 5e97d3751026281fbca4cdf6 | dennisingemarjrfr@yahoo.com |
| 473 | Wish | fggdsggdf45g | 5d552b3241ed515283cdac54 | fqufgg48245@163.com |
| 478 | Wish | funk844 | 5e757f4b53f8c62f3b1bb2dd | f66333r@163.com |
| 479 | Wish | genfengqiudai | 5e634ccd1c32cb1bc01213e2 | uqyqu8@163.com |
| 482 | Wish | gongan93 | 5e78504623295d00400e99f0 | gongan93257@163.com |
| 484 | Wish | Greg Hirst | 5e97dec2bfba6a2a02d372f2 | alexiahunterezdgir@yahoo.com |

| Doe | Platform | Seller Name | Seller ID | Email |
|---|---|---|---|---|
| 486 | Wish | guitonxiuping | 5eec1cf8507e12069bf5c902 | yanzi19950518@163.com |
| 488 | Wish | guohqwer | 5eb8e6f129e78674c075a116 | ytlxj78@163.com |
| 491 | Wish | gyyci66shop | 5e9931cb826c6c17448f2a37 | gyyci66@163.com |
| 492 | Wish | hartar465 | 5e7c51142c28de09c1a3dfe8 | hartar465236@163.com |
| 493 | Wish | Heather Lingenfelter | 5e847e16ab205e9cc08f4eb3 | fyu54favq5wli1@163.com |
| 494 | Wish | HeMy shop | 5e9fe2c9dc8d6ed6a3379778 | qil0859@163.com |
| **Doe** | **Platform** | **Seller Name** | **Seller ID** | **Email** |
| 495 | Wish | hffhrdtrdreeeww | 5e61f0ab75e6d705473a55e2 | tangchu44m@163.com |
| 496 | Wish | Hipsters Remedy | 5f45e98c042309245328b468 | nguyenbichvan827298@gmail.com |
| 498 | Wish | hounuegua45 | 5e7848202d03dd4ef4a06e7d | hounuegua458@163.com |
| 500 | Wish | hr1992 | 5ddf362571483d8a12f8e37d | wr5t92nh0s@163.com |
| 502 | Wish | huachenyuai | 5e6377ebad6a883000653dc8 | dengdui31163@163.com |
| 503 | Wish | huangzhanxunlu | 5de390cdb69679727a12205f | huangzhanxunlu@163.com |
| 504 | Wish | huangzhiqiang66058 | 5e7700f44fed551980630752 | raw7088@163.com |
| 505 | Wish | huanwuse2 | 5e7c36d32c28de3b7aa2e94d | huanwuse2@163.com |
| 506 | Wish | husiyuan | 5ac085f9417cee457f009d3f | husiyuanwish@163.com |
| 507 | Wish | huxiao619 | 5e61e7f30705ac05d494c07a | he35258@163.com |
| 508 | Wish | ian4117 | 5e8ace50355fe5be5d7cdd66 | xian4117117004037@163.com |
| 509 | Wish | illyubgbonni | 5e5c6afd29e78604006c89f4 | oreillyubgbonniesac@gmail.com |
| 510 | Wish | iqyev64shop | 5f0c0424495a31f9099c8229 | iqyev64@163.com |
| 511 | Wish | ISNJA | 5e6ef8b4eb2b33c18077df61 | wenxuanpk66@163.com |
| 513 | Wish | James Drieman | 5e81e66ae273cd50ba491831 | e2p7i8b22mh192@163.com |
| 514 | Wish | Jamie Last | 5e97d6807df4df1f36980413 | moseslennonwkxfss@yahoo.com |
| 516 | Wish | Jeannine Everett | 5e8352afcb807954ddd8e3be | baidi310660589@163.com |
| 517 | Wish | jeya226jeya226 | 5e903610d9de517ad748e3da | jeya2265332@163.com |
| 518 | Wish | jfiurihejkr | 5e64b6b29828653d708477fe | bei1746412jiamei8@163.com |
| 519 | Wish | jgejqid156 | 5e79615749340721737cc1ea | jgejqid@163.com |
| 520 | Wish | jiangjianliang123 | 5e74ba8e7f52693580da04e8 | gog6170@163.com |
| 526 | Wish | jkknjhufyu | 5e64b04810b8353b0fc59827 | zisu25689mengsho@163.com |
| 527 | Wish | John E. Walker | 5e64b04810b8353b0fc59827 | gdetu0i@163.com |
| 529 | Wish | Julian L. Gothard | 5e84508e051b5eac526ee870 | yitu851932869@163.com |
| 530 | Wish | JulieGreen | 5e71966c57b010120178c30d | julietroddfemub@yahoo.com |
| 531 | Wish | jutongche96 | 5e787717c77ea6891d4b4679 | jutongche96253@163.com |
| 532 | Wish | karen lee | 5e916124646cd458f5988d55 | bowenstanforddznsc@yahoo.com |

| 533 | Wish | kingboxx | 5d5254417ad2427b8b76b114 | zhangliangshi@163.com |
| 536 | Wish | Kristin Davis | 5e97314acb003138b80aacc2 | lmpb60@163.com |
| 537 | Wish | kuegu8923 | 5e7c4eb6fab3604f23d9d5eb | kuegu892387@163.com |
| 538 | Wish | lanhualanhua | 5e4e4fa90c3e796221bfd0bd | yuxingdu5008412@163.com |
| 540 | Wish | Lianan.Lianan | 5e5dc38adf4d4227ec6a9f5b | 3014548692@qq.com |
| 541 | Wish | liaweikk | 5f0c1a220ad10275394c7cfe | shaosuan341@163.com |
| 543 | Wish | lilipeng520131 | 5e5661773326be984c9c89d8 | ndq5020@163.com |
| **Doe** | **Platform** | **Seller Name** | **Seller ID** | **Email** |
| 544 | Wish | Linasist Shoes | 5de232aa12af06669afecbf1 | niuparan11493@163.com |
| 545 | Wish | Lingdang Wuxi | 5ddcfc4fbf9d4836f7dfe6fb | qiuliao107327@163.com |
| 546 | Wish | lingji8 | 5e787d427477a28d666a6f63 | lingji802327805@163.com |
| 548 | Wish | litian112233 | 5e76fe5f4fed55566e60f727 | yhu6577@163.com |
| 549 | Wish | liuhongling8451 | 5eb2495badc9334719d34ca7 | rqmgfqxyy0175@163.com |
| 550 | Wish | liuwenqian66058 | 5e79b4f18d376f65c097eda3 | dyg1402@163.com |
| 551 | Wish | liuxiufuyuan | 5e9aac7029e78655ff306a0e | hangou98851844@163.com |
| 553 | Wish | liuyuan0637 | 5eb2258be7bbe722c0295417 | acj42291497@163.com |
| 558 | Wish | lovechrist | 5f3ca3b922e78c607ad0064a | buitaiduc48458@gmail.com |
| 559 | Wish | lpz6546 | 5dc640f6ff832c00809c4104 | cswskqen@163.com |
| 562 | Wish | luohankang | 5e75a5acba7ff12e004b93ce | qiaochi533533@163.com |
| 563 | Wish | Madeline Inglese | 5e85c4e6338f47e066a2a56d | y7ag759@163.com |
| 565 | Wish | Maozixifashop | 5ea01c46dc8d6eef69379a10 | yus2487@163.com |
| 566 | Wish | maurice dresslaer | 5e903303c43b782233c7af33 | owxd3e@163.com |
| 567 | Wish | meitengdeng19 | 5e795e94a707200e81695d66 | meitengdeng1919@163.com |
| 570 | Wish | michael g heisler jr | 5e847fbfab205e80008ee762 | caozhi5719@163.com |
| 571 | Wish | Michael L Sealy | 5e9a8c64da2ff277a642b9b6 | griffithjocelynldgu@yahoo.com |
| 572 | Wish | mingzhongqiushen | 5e992f08d0e8294534e3cddd | deng163998111@163.com |
| 573 | Wish | Monica Mejia | 5e8abe7929e7860ffa20b400 | je2o2ho@163.com |
| 574 | Wish | Mr Li Supermarket | 567a92ed3a698c7629eb3ebc | m13023860937@163.com |
| 576 | Wish | mtaxc | 5e6b410b3a00e719c3b89413 | egd68h92q7e@163.com |
| 577 | Wish | mushaejea | 5e7c221f435e960f0a370989 | mushaejeargua@163.com |
| 578 | Wish | na9373293 | 5e7c52f581ddc05341c64bcf | na93732939@163.com |
| 579 | Wish | nieceha879 | 5e9ad88529e7861fff306782 | burniecehanwbff@gmail.com |
| 580 | Wish | Nijiade Lingjie | 5de33121c0edfa3d05a08a59 | chenlaidou98486@163.com |
| 581 | Wish | nlvucaroli | 5e5c73909b592f08fc3329f7 | ornlvucarolinejcz@gmail.com |

| 585 | Wish | padillavera99 | 5e5cdbe26ac64ef7f5f9d9d8 | padillavera999@gmail.com |
| 586 | Wish | pangzhaoou1 | 5e786b93c77ea67e414b48d5 | pangzhaoou1831@163.com |
| 587 | Wish | panweeduey | 5e7b25927b58822ebd009af0 | panweedueyun@163.com |
| 588 | Wish | paroflora948 | 5e5cdfac2861d5f781278fe0 | paroflora948@gmail.com |
| 589 | Wish | Patrickpp | 5e980747d4392f0640f8202c | orvillecolinfkzgg@aol.com |
| 590 | Wish | Peggy Mcmullene | 5e69e9875098721140ad8d4d | peggymcmullene@outlook.com |
| 591 | Wish | pengqe52 | 5e7b1ff50abba52a4d5e5dd1 | pengqe522@163.com |
| 597 | Wish | qear2874 | 5e7c77932c28de7575a2ea5c | qear28742323@163.com |
| **Doe** | **Platform** | **Seller Name** | **Seller ID** | **Email** |
| 601 | Wish | rarnur9378 | 5e9a9d71a4259327d498a68b | rarnur93783@163.com |
| 602 | Wish | Rebecca Durham | 5e8d5886f40f250ed44a03a2 | jv451n@163.com |
| 603 | Wish | RGGS GJKSG Commodity shop | 5ddf358339adf289c26af2e6 | xipaxie21018@163.com |
| 604 | Wish | rikkimarvin561 | 5e5cf95e396bff1364cb1bd0 | rikkimarvin561@gmail.com |
| 605 | Wish | Ritadsgw | 5e6a8278b6b8da81400eb219 | zhanb855102@163.com |
| 606 | Wish | RJCCustomGraphics | 5f53c5ed1ef2b47469226608 | nguyendiemchi227642@gmail.com |
| 607 | Wish | rohanlavada44 | 5e5cfbe68e8b860bf4591d1f | rohanlavada440@gmail.com |
| 608 | Wish | roy kimmons | 5e86f5351f848ac11c8a774e | uts7b3@163.com |
| 609 | Wish | rtyd | 5e65f90c2fdc773680e53e78 | carycaustin@gmail.com |
| 610 | Wish | Ruiyan Zhou | 5e8c598484b254d482b04a81 | gvwwrm@163.com |
| 611 | Wish | Russ Marsden | 5e82ba447a5558a861fca823 | shushi7357@163.com |
| 612 | Wish | RussellSmith | 5e7177b0f1d2101a0101f8f2 | archervitocucha@yahoo.com |
| 613 | Wish | Russo51651 | 5e75b739c77ea607404c3d6a | paymen1@163.com |
| 614 | Wish | Samuel Johnson | 5e71ece6f87cb98011ec1216 | kellyemilycozam@yahoo.com |
| 615 | Wish | shanshshansh | 5e7c68ec81ddc066fbc64b5f | za73296936@163.com |
| 619 | Wish | shurun462837 | 5e7476117f526937d6d93a51 | jss0479@163.com |
| 620 | Wish | sieuiotjkn | 5e648eb42724a82325dc4a86 | qie21844fanmi@163.com |
| 621 | Wish | Smilelikeflower | 5e64c5889828653c80860c3b | bi89042@163.com |
| 622 | Wish | Songchenhui820 | 5f4080b1dd315e8903b31c2d | x9l250@163.com |
| 624 | Wish | srngwang5 | 5e7b16b0d14fc423ae244aae | srngwang575@163.com |
| 625 | Wish | srngxean68 | 5e9a9f2aa67777fa9beac597 | srngxean68753@163.com |
| 626 | Wish | Stefania A. Pellegrini | 5e86ed4729e78615ff30b7c3 | ynkv3k537@163.com |
| 627 | Wish | Stephaniepp | 5e980c7d3db66366cf74e70c | daisydanatszpnl@aol.com |
| 628 | Wish | Steven J Hester | 5e904972c43b781b83c815f6 | rx38wt@163.com |
| 630 | Wish | suqiwen994639 | 5f4080b636d3823ef61a4272 | o9h141@163.com |

| 632 | Wish | Tangshanshan0415 | 5e731a6e81725002cb3a52a0 | fus6076@163.com |
|---|---|---|---|---|
| 633 | Wish | tanxiongjiao701 | 5e785b3b53f8c680801f4e16 | tanxiongjiao701@163.com |
| 634 | Wish | THERESA M EATON | 5ebb87b1ff621e5c82e94f1c | horacemollykdmdt@yahoo.com |
| 635 | Wish | Theresa Taylor | 5e9aab11a42593d6d498a3d0 | vickylessvqx@yahoo.com |
| 637 | Wish | Tim Psencik | 5e9155ee29e786344084f2d4 | dianaronaldjdmrv@yahoo.com |
| 638 | Wish | Tim Rish | 5e9015a4c43b7808efc7acb8 | q61tub@163.com |
| 639 | Wish | Todd Waldman | 5e85eda5950b7490d1e7dc5a | o3a5e0@163.com |
| 641 | Wish | TravelThings | 5e6df6e457af090300643fed | quocdaiphamit10@gmail.com |
| **Doe** | **Platform** | **Seller Name** | **Seller ID** | **Email** |
| 642 | Wish | trendingpieces | 5b5f0271beb9724de644c2e7 | z14@rubansh.com |
| 644 | Wish | trng5297 | 5e7c6b2229e7860a2e34ea9d | trng52977837@163.com |
| 646 | Wish | tuye59922 | 5e7b1aa1648884200415996a | tuye59922@163.com |
| 647 | Wish | tuyruwuhe | 5e9956215b1d0803503505e5 | tuyruwuhefang@163.com |
| 649 | Wish | uzuio9 | 5e8a990f99a1f9bf40d7a1dc | xienandu6959258@163.com |
| 651 | Wish | vbmzrtearew | 5e99621 1eece766e87664102 | niq7773@163.com |
| 653 | Wish | Vilmarie Morales | 5e8ec9952397df1f00e3bf5b | yxrzix@163.com |
| 654 | Wish | Volante Sposis.to | 5e9736b49a86d43dc2cb478c | hfng69@163.com |
| 658 | Wish | wanghongtao12345 | 5e78bb6dba7ff1acb94b4d54 | zkl0588@163.com |
| 662 | Wish | wee5d5dfer6 | 5ef2f723cfb02383bfcd08f2 | hanxin819098200@163.com |
| 663 | Wish | weegangxe | 5e7c4823fcbabb06910f945c | weegangxeahan@163.com |
| 665 | Wish | Wenchengmoke | 5ebb7ff8ff621e5daee942a5 | bjyxv33@163.com |
| 666 | Wish | wenqiya66058 | 5e70e0d87999e07a40b39166 | lar0056@163.com |
| 667 | Wish | wezqiag | 5ef5653156824318c474eafd | ge95841@163.com |
| 668 | Wish | wfe302ehwweh45611 | 5e68de3f2fb13f19c20c7a9b | yahyabtidus@gmail.com |
| 669 | Wish | wfh41 | 5e6a529a29e78614de3adc58 | dtaelordianey@gmail.com |
| 670 | Wish | William ClarkGable | 5e914d2e29e7865827848146 | annabelleadaqttnz@yahoo.com |
| 671 | Wish | William French | 5e8e9abece982f1e31414579 | oridtj@163.com |
| 672 | Wish | wlieoirotrt | 5e64b86729e7863b0007da7a | huiping21953oume1@163.com |
| 675 | Wish | wujiokmy | 5d49152870327a545cb7ae25 | kolinjsu8@163.com |
| 676 | Wish | wunnar29 | 5e7c4a1c922b320c42e79189 | wunnar297@163.com |
| 677 | Wish | wupengxer | 5e9be21a25c3d40cd85726ad | wupengxerng@163.com |
| 678 | Wish | wuyutuzhangyi | 5e5e020130477e5a31838f1b | eqwso2@163.com |
| 684 | Wish | xingshichao2843 | 5eb0ef9ab1009e46508331e0 | ph1833308kanlu@163.com |
| 685 | Wish | Xinyingyue | 5f02ecdb89d2487c44b85c54 | eldib18@163.com |

| 688 | Wish | xuelicanyang | 5e991875d1b1ae32722b250d | fenlupeng19949@163.com |
|-----|------|--------------|--------------------------|------------------------|
| 689 | Wish | Xumeihua2452 | 5e74ddfa64f6b68c3d47aff5 | pup2380@163.com |
| 690 | Wish | xuncheguat | 5e7c3ef62260a941b7728870 | xuncheguatang@163.com |
| 691 | Wish | yana.hail | 5e5bbbe929e78604006bd026 | bingbo_7@163.com |
| 692 | Wish | yang117 | 5f420f1859bab0dadc57b76f | z7z943@163.com |
| 693 | Wish | yangliushop | 5e7d633729e7860df89b07d5 | uzwdgq@163.com |
| 694 | Wish | yangzhilingshop | 5e7db94529e78668b49b0365 | uzelfx@163.com |
| 696 | Wish | yansexiaowu | 5dbd45edb5023015840ca880 | vkqhl9zm@163.com |
| 697 | Wish | yanxinyan067 | 5f0d4ea6a8798d6902b0c11f | uut6661@163.com |
| **Doe** | **Platform** | **Seller Name** | **Seller ID** | **Email** |
| 699 | Wish | yarwee52 | 5e7c283629e78601c1359179 | yarwee5222@163.com |
| 700 | Wish | Ychoubuc | 5ef592eb29e78648f924fc8a | lishixu5173@163.com |
| 701 | Wish | Yeechuaner Fruits | 5ec648c48233e416b69302f8 | yucai19760611@163.com |
| 702 | Wish | yepu8963 | 5e7b18c6c8cb152647f4ea7c | yepu8963232@163.com |
| 703 | Wish | yeyejemu2 | 5e7b14e5648884028315e9f1 | yeyejemu2@163.com |
| 704 | Wish | yiduanying91 | 5e7852b2ba7ff12e004f2be4 | yiduanying91054@163.com |
| 705 | Wish | youyun11530 | 5e78717372b032570012b980 | youyun1153072@163.com |
| 706 | Wish | yrugangf | 5e7c658729e78603b434ea13 | yrugangfu@163.com |
| 707 | Wish | yruze33 | 5e7c633efab3606400d9d386 | yruze3343@163.com |
| 708 | Wish | yuanrui123 | 5e771cf05fa9077e299ccf75 | jxl2140@163.com |
| 709 | Wish | yuleissa | 5e4a09c6b9fc2e031d4be76d | frzjj9@163.com |
| 710 | Wish | yuna0031 | 5e784ae529e78615ae55bd77 | yuna00318416215@163.com |
| 713 | Wish | zengguizhu | 5e957931b3ec2003010a1bc7 | xfm4338@163.com |
| 715 | Wish | ZhangggY | 5eb551ec8e62c5850c6bd3a4 | 860557743@qq.com |
| 716 | Wish | Zhangqiuyan 950919 | 5e968f62942cd407823ed39d | xixw00@163.com |
| 718 | Wish | zharpaej | 5e7c70e72260a96eee7287d6 | zharpaejeng@163.com |
| 720 | Wish | zhengyan8 | 5e787a207477a28abe6a6c32 | zhengyan847@163.com |
| 721 | Wish | zhequand | 5e902405c43b780501c7e2f4 | zhequandruzhu@163.com |
| 722 | Wish | zhuebez | 5e7c4604286354482aebdc9d | zhuebezhe@163.com |
| 722 | Wish | zhuebez | 5e7c4604286354482aebdc9d | zhuebezhe@163.com |
| 723 | Wish | zimei fashion | 541e471882b9ac03ad43a3b8 | vhyge3@163.com |
| 724 | Wish | zk245 | 5ddd19ad801ecf3bc5385375 | guxie027931@163.com |
| 727 | Wish | zyaya2020 | 5ef339050372f7cfa5213226 | youpeng011187719@163.com |